**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 2:22-CR-20258-2-TLP-atc** |
| | ) | |
| **KIRBY DANDRIDGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION FOR RETURN OF DEFENDANT'S PASSPORT**

---

**COMES NOW**, Defendant KIRBY DANDRIDGE ("Defendant"), by and through her counsel of record, Murray B. Wells with the law offices of Wells & Associates, PLLC, and moves this Honorable Court for the return of Defendant's passport, and for grounds would show unto the Court as follows, to wit:

1. Defendant's passport was surrendered on or about November 17, 2022 to the United States District Court for the Western District of Tennessee, Western Division at Memphis Clerk's Office.

2. Defendant was sentenced on April 25, 2023.

3. Defendant was not ordered to surrender her passport as part of any conditions imposed at sentencing.

**WHEREFORE, PREMISES CONSIDERED**, Defendant KIRBY DANDRIDGE prays that this Honorable Court enter an order allowing the return of Defendant's passport.

Respectfully submitted,

**WELLS & ASSOCIATES, PLLC**

*/s/ Murray B. Wells*________________
**Murray B. Wells (BPR# 021749)**
81 Monroe Avenue - Suite 200
Memphis, TN 38103
901-507-2521– phone
901-507-1791 – fax
Email: wells@thewellsfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served by electronic means via the Court's electronic filing system upon the below listed counsel this 25th day of May 2023:

Carroll L. Andre, Esq.
UNITED STATES ATTORNEY OFFICE
167 N. Main Street - Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230
Email: carroll.andre@usdoj.gov

/s/ Murray B. Wells________________
Murray B. Wells